IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EVAN J. CHERRY, ) | |
| ) | |
| Plaintiff, ) | Case No. 24-cv-7801 |
| ) | |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| FERNANDO ONTANON and ) | |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

Evan J. Cherry ("Plaintiff"), represented by his attorneys Ed Fox & Associates, Ltd., brings this complaint against Fernando Ontanon ("Defendant Ontanon") and City of Chicago ("Defendant City") (collectively "Defendants"), alleging as follows:

### JURISDICTION AND VENUE

1. Jurisdiction for this case is conferred upon this Court under 28 U.S.C. Sections 1343, 1331, and 1367.

2. The venue is founded in this Judicial Court upon 28 U.S.C. Section 1391, as the acts in question occurred within this district.

### PARTIES

3. Plaintiff was and is a citizen of the United States and was within the jurisdiction of this Court.

4. Defendant Ontanon (Star No. 13705) was a police officer in the Chicago Police Department. Defendant Astorga acted under the color of law and within the scope of his employment. Defendant Astorga is being sued in his individual capacity.

5. Defendant City was and continues to be a municipality in the State of

Illinois. Defendant City was the employer of Defendant Antanon.

## CLAIM

6. On or about January 7, 2024, Defendant Ontanon seized Plaintiff without legal cause.

7. Defendant Ontanon initiated criminal charges against Plaintiff without legal cause.

8. Plaintiff did not commit any of the crimes for which Defendant Ontanon initiated charges.

9. Plaintiff moved to quash the arrest and suppress evidence.

10. The state court granted the motion.

11. The criminal case was dismissed, indicative of his innocence.

## PRAYER FOR RELIEF

12. Defendants shall pay general damages, including emotional distress.

13. Defendants shall pay special damages.

14. Defendants shall pay attorneys' fees.

15. Defendant Ontanon shall pay punitive and exemplary damages.

16. Defendants shall pay the costs of the suit herein incurred.

17. Plaintiff shall have such other and further relief as this Court may deem just and proper.

Dated: August 28, 2024

Respectfully submitted,

        <u>s/Peter T. Sadelski</u>
        Peter T. Sadelski
        Ed Fox & Associates, Ltd.
        118 North Clinton Street, Suite 425
        Chicago, Illinois 60661
        (312) 345-8877
        psadelski@efoxlaw.com
        Attorney for Plaintiff